# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

PATRICK I. BROWN,
ADC #116384                                                                                          PLAINTIFF

V.                                        5:11CV00135 JMM/JTR

DUMAS CITY JAIL                                                                                  DEFENDANT

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is DISMISSED, WITHOUT PREJUDICE, for failing to state a claim upon which relief may be granted. Further, the Court certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.

Dated this 16th day of August, 2011.

*/s/ James M. Moody*
UNITED STATES DISTRICT JUDGE